1  STOKES WAGNER ALC
   DIANA LERMA, SBN 258442
2  dlerma@stokeswagner.com
   KATHERINE ELLIS, SBN 311326
3  kellis@stokeswagner.com
4  15250 Ventura Blvd., Suite 710
   Sherman Oaks, CA 91403
5  Telephone: (213) 618-4128
   Facsimile: (619) 232-4840
6
7  Attorneys for Defendants VICEROY HOTEL MANAGEMENT, LLC;
   VICEROY HOTELS, LLC; and VHG BEVERLY HILLS, LLC
8
9                  **UNITED STATES DISTRICT COURT**
10                 **NORTHERN DISTRICT OF CALIFORNIA**
11
12

| 13  JAKE JORDAN on behalf of himself and all others similarly situated, | Case No.: |
| 14                                   Plaintiff, | **DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION)** |
| 15        v. | |
| 16  VICEROY HOTEL MANAGEMENT, LLC, a Delaware Corporation, VICEROY HOTELS, LLC, a Delaware Corporation; VHG BEVERLY HILLS, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| 20                                   Defendants. | |

21
22
23
24
25
26
27
28

**DEFENDANTS' NOTICE OF REMOVAL**

TO THE CLERK OF COURT AND PLAINTIFF:

PLEASE TAKE NOTICE that Defendants VICEROY HOTEL MANAGEMENT, LLC, VICEROY HOTELS, LLC, and VHG BEVERLY HILLS, LLC ("Defendants"), by their undersigned attorney, hereby remove this putative class action from the Superior Court of the State of California for the County of San Francisco, Case No. CGC-20-588243, to this Court pursuant to 28 U.S.C. §§ 1331 and 1441(c).

## PROCEDURAL HISTORY

1.    On November 16, 2020, Plaintiff JAKE JORDAN ("Plaintiff") filed a putative class action complaint captioned *JAKE JORDAN v. VICEROY HOTEL MANAGEMENT, LLC et al*, Case No. CGC-20-588243 in the California Superior Court for the County of San Francisco (the "State Court Action").  A true and correct copy of the complaint is attached hereto as Exhibit A.

2.    On January 25, 2021, Plaintiff served Defendants with a summons and the complaint. This Notice of Removal is thereby filed within 30 days after service of summons upon Defendants and is timely pursuant to 28 U.S.C. § 1446(b). A true and correct copy of the summons is attached hereto as Exhibit B.

## ALLEGATIONS OF THE COMPLAINT

3.    In his complaint, Plaintiff alleges violations of the Fair Credit Reporting Act for failure to provide proper disclosure pursuant to 15 U.S.C. § 1681b(b)(2)(A), and failure to give proper summary of rights pursuant to 15 U.S.C. §§  1681d(a)(1) and 1681g(c).

4.    Defendants dispute Plaintiff's allegations, believe the complaint lacks merit, and denies that Plaintiff has been harmed in any way by any act or omission of Defendant.

## JURISDICTION AND BASIS FOR REMOVAL

5.    Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." (28 U.S.C. § 1331).  Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. (28 U.S.C. § 1441.)

6.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under federal law, specifically the Fair Credit Reporting Act, 15 U.S.C. §§ 1681b(b)(2)(A), 1681d(a)(1) and 1681g(c).

7.      The California Superior Court for the County of San Francisco is located within the Northern District of California. (28 U.S.C. § 28(a).) This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

8.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached to this Notice of Removal as Exhibit A and B.

9.      Defendants are unaware of any other parties who have been named or who have appeared in the underlying State Court Action.

10.     After filing this Notice of Removal, Defendants will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the California Superior Court Count of San Francisco in accordance with 28 U.S.C. § 1446(d).

### NON-WAIVER OF DEFENSES

11.     By removing this action from California Superior Court, Defendant does not waive any defenses available to it.

12.     By removing this action from California Superior Court, Defendant does not admit any of the allegations in Plaintiff's complaint.

### CONCLUSION

13.     For all the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a).

/ / /

/ / /

/ / /

/ / /

3

**DEFENDANTS' NOTICE OF REMOVAL**

WHEREFORE, Defendants VICEROY HOTEL MANAGEMENT, LLC, VICEROY HOTELS, LLC, and VHG BEVERLY HILLS, LLC give notice that the above-described action pending against them in the Superior Court of the State of California, County of San Francisco, is hereby removed to this Court.

DATED: February 24, 2021.

STOKES WAGNER, ALC

By: _____
DIANA LERMA
KATHERINE ELLIS
Attorneys for Defendants VICEROY HOTEL MANAGEMENT, LLC; VICEROY HOTELS, LLC; and VHG BEVERLY HILLS, LLC

4

**DEFENDANTS' NOTICE OF REMOVAL**