DIANA LERMA, SBN 258442
dlerma@stokeswagner.com
KATHERINE ELLIS, SBN 311326
kellis@stokeswagner.com
STOKES WAGNER ALC
15250 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
Telephone: (213) 618-4128

Attorneys for Defendants VICEROY HOTEL MANAGEMENT, LLC;
VICEROY HOTELS, LLC; and VHG BEVERLY HILLS, LLC

SHAUN SETAREH, SBN 204514
shaun@setarehlaw.com
DAVID KELEDJIAN, SBN 309135
david@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff JAKE JORDAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE JORDAN on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>VICEROY HOTEL MANAGEMENT, LLC, a Delaware Corporation, VICEROY HOTELS, LLC, a Delaware Corporation; VHG BEVERLY HILLS, LLC, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | Case No.: 21-cv-01338-HSG<br>[Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr.]<br><br>**STIPULATION AND ORDER TO CONTINUE RULE 26(f) CONFERENCE** |

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE**

The Parties to this action, through their respective counsel of record, hereby stipulate and agree to the following:

**RECITALS**

The action was removed to Federal Court from the San Francisco County Superior Court..

Plaintiff filed a Motion for Remand. Defendant filed a Motion to Dismiss. Both motions are set to be heard on June 17, 2021.

On May 17, 2021 the Parties held a Rule 26(f) Conference. During the conference the Parties discussed the outstanding motions and their impact on a Rule 26(f) Conference.

The Parties agreed to stipulate to continue the Rule 26(f) Conference given the nature of the motions set to be heard on June 17, 2021. The Parties hereby stipulate to continue the Rule 26(f) Conference to 14 days after the Court rules on the June 17th motions.

**AGREEMENT**

The Parties agree to continue the Rule 26(f) Conference. The Conference will be held within 14 after the Court rules on Defendant's Motion to Dismiss and Plaintiff's Motion to Remand.

STOKES WAGNER, ALC

DATED: May 20, 2021      By: _____
DIANA LERMA
KATHERINE A. ELLIS
Attorneys for Defendants VICEROY HOTEL MANAGEMENT, LLC; VICEROY HOTELS, LLC; and VHG BEVERLY HILLS, LLC

SETAREH LAW GROUP

DATED: May 20, 2021      By: /s/ *David Keledjian*
DAVID KELEDJIAN
SHAUN SETAREH
Attorneys For Plaintiff JAKE JORDAN

**ORDER**

GOOD CAUSE APPEARING, the court hereby **GRANTS** this Stipulation to Continue the Rule 26(f) Conference to 14 days after the Court rules rules on Defendant's Motion to Dismiss and Plaintiff's Motion to Remand.

**IT IS SO ORDERED**.

DATE: 5/21/2021

*Haywood S. Gilliam Jr.*
**HON. HAYWOOD S. GILLIAM, JR.**